1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for the Defendant
   ELIZABETH ANN ARECHIGA

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,     ) MAG. 09-00273 GGH
                                 )
11         Plaintiff,            ) **APPLICATION AND ORDER FOR**
                                 ) **TRANSPORTATION AND SUBSISTENCE**
12   v.                          ) **PURSUANT TO 18 U.S.C. § 4285**
                                 )
13 ELIZABETH ANN ARECHIGA,       )
                                 )
14         Defendant.            ) Judge: Hon. Gregory G. Hollows
                                 )
15 _____ )

17     Defendant ELIZABETH ANN ARECHIGA hereby requests an order for
18 transportation and subsistence costs pursuant to 18 U.S.C. § 4285.
19     Ms. Arechiga is unable to afford her own transportation to her
20 probation violation hearing in Western District of Louisiana, on
21 October 15, 2009 in Shreveport, Louisiana and for her return to her
22 residence in Toulume, California.

23 DATED: September 22, 2009          Respectfully submitted,

24                                    DANIEL J. BRODERICK
                                      Federal Defender
25
                                      /s/ M.Petrik
26                                    _____
                                      MICHEL PETRIK, JR.
27                                    Attorney for Defendant
                                      ELIZABETH ARECHIGA
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag 09-00273-GGH |
| Plaintiff, ) | |
| ) | **ORDER FOR TRANSPORTATION AND** |
| v. ) | **SUBSISTENCE** |
| ELIZABETH ARECHIGA, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, ELIZABETH ARECHIGA with transportation and subsistence expenses for travel to her probation violation hearing in Shreveport, Louisiana for the Western District of Louisiana on October 15, 2009. This order is authorized pursuant to 18 U.S.C. §4285.

IT IS SO ORDERED.

Dated: September 23, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. Magistrate Court Judge

arechiga.ord

2